E. H. SANFORD v. HENRY M. WEEKS *et al.*

REVIEW — *Record.* Before the supreme court can determine the suffi-
ciency of the evidence introduced by the plaintiff in the trial court to
sustain his cause of action, the record must contain either the plead-
ings of the parties or a short statement of the issues in controversy
between them.

*Error from Wabaunsee District Court.*

THE facts of this case (No. 6589) sufficiently appear in the
opinion.

*E. H. Sanford,* plaintiff in error, for himself.

*A. Bergen,* for defendants in error.

The opinion of the court was delivered by

JOHNSTON, J.: E. H. Sanford brings this proceeding to
reverse a judgment rendered against him, and in favor of
Henry M. Weeks and Joel P. Weeks, in an action of forcible
entry and detainer. The cause was tried in the district court,
with a jury, upon the plaintiff's bill of particulars, the defend-
ants' answer, and the plaintiff's reply. When the plaintiff
had produced his testimony, the court, on motion of defend-
ants, held it to be insufficient, and directed a verdict in favor
of the defendants. Error is assigned on this ruling.

We are unable to reach the question presented by plaintiff.
The record brought to this court does not contain a copy of
defendants' answer, nor does it set forth any statement of the
substance of the allegations of the answer. It does contain
copies of the plaintiff's bill and reply; and from the latter it
appears that an answer was filed, and that plaintiff denied the
allegation of certain counts contained in the answer, and fur-
ther, that he makes no reply to other portions of the answer.
We have, therefore, no means of determining what the de-
fendants alleged in the answer, nor how much was admitted
by the failure of the plaintiff to reply to a portion of the same.
Without a knowledge of what were the issues between the

parties, we cannot examine the sufficiency of the evidence. In such a case, full copies of the pleadings are not required, nor is anything more necessary than a succinct statement of the issues between the parties. In the absence of the pleadings and of any statement of the issues in controversy, the questions raised by the plaintiff cannot be considered or determined. (*Transportation Co. v. Palmer*, 19 Kas. 471; *Shumaker v. O'Brien*, 19 id. 476; *Smith v. Moore*, 21 id. 161; *Neiswender v. James*, 41 id. 463.)

The judgment of the district court will be affirmed.

All the Justices concurring.